1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Joy Aronson

7

FILED
CLERK, U.S. DISTRICT COURT
10/12/16
CENTRAL DISTRICT OF CALIFORNIA
BY: ___GR___ DEPUTY

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  JOY ARONSON,                          ) Case No.: 2:15-cv-08630-RAO
                                          )
12          Plaintiff,                    ) ORDER AWARDING EQUAL
                                          ) ACCESS TO JUSTICE ACT
13      vs.                               ) ATTORNEY FEES AND EXPENSES
                                          ) PURSUANT TO 28 U.S.C. § 2412(d)
14  CAROLYN W. COLVIN, Acting             ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security,      ) U.S.C. § 1920
15                                        )
            Defendant                     )
16  _____       )

17

18       Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20       IT IS ORDERED that fees and expenses in the amount of $5,000.00 as

21  authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as authorized

22  by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

23  DATE: October 12, 2016

                        _____
24                      THE HONORABLE ROZELLA A. OLIVER
                        UNITED STATES MAGISTRATE JUDGE
25

26

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3  /s/ *Lawrence D. Rohlfing*
_____
4  Lawrence D. Rohlfing
Attorney for plaintiff Joy Aronson